UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BEAU ASHLEY DERISE** | **CASE NO. 6:21-CV-00367**<br>**CASE NO. 6:21-CV-00397**<br>**CASE NO. 6:21-CV-00781** |
| **VERSUS** | **JUDGE JUNEAU** |
| **WORLD BANK OF HONG KONG** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 8. After an independent review of the record and the applicable law, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Mr. Derise's complaints are **DISMISSED** for lack of subject matter jurisdiction. The Court further notes that, as Mr. Derise's complaints fail to state any plausible, nonfrivolous claims on which relief can be granted, he is hereby **WARNED** that the filing of any additional frivolous lawsuits will result in his being ordered to show cause why he should not be placed on the list of sanctioned/barred litigants for this district, so that he is barred from filing

any action in the United States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the chief judge.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of May, 2021.

                                                       MICHAEL J. JUNEAU
                                                      UNITED STATES DISTRICT JUDGE